IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD R. KOTOWSKI : CIVIL ACTION
:
   v. : No. 18-1512
:
JGM FABRICATORS & ERECTORS, :
INC., et al. :

## **ORDER**

AND NOW, 17th day of January, 2019, it is ORDERED Plaintiff Richard R. Kotowski's

Motion to Exceed Page Limitations (Document 28) is GRANTED insofar as Kotowski shall

have until January 22, 2019, to file a response in opposition to Defendants' motion for summary

judgment not to exceed twenty (20) pages.

BY THE COURT:

/s/  Juan R. Sánchez
Juan R. Sánchez, C.J.