# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD R. KOTOWSKI, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JGM FABRICATORS & ERECTORS, | : | NO. 18-1512 |
| INC., et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, on July 30, 2019, following a bench trial and upon consideration of the parties' proposed findings of fact and conclusions of law, it is hereby **ORDERED** that judgment is entered in favor of Defendants JGM Fabricators & Erectors, Inc., et al., in accordance with my Findings of Fact and Conclusions of Law in the accompanying Memorandum Opinion.

The Clerk of Court is **DIRECTED** to close this case.

                                      BY THE COURT:

                                      */s/ Timothy R. Rice*
                                      TIMOTHY R. RICE
                                      U.S. MAGISTRATE JUDGE